

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-16-00131-CV**

**IN RE CECILIA R. WILLIAMS PERKINS, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF BERNICE JEANETTE WILLIAMS, DECEASED**

**Original Proceeding**

# ORDER

The Court, sua sponte, hereby orders a stay of all proceedings in the trial court until further notice.

The Court also requires additional briefing on whether the two orders complained about are appealable orders and thus, not subject to mandamus relief. The Court also requests clarification of the need for, and the nature of, the emergency relief requested. A response by relator addressing these issues must be filed within 7 days from the date of this Order. After the response is filed, the Court will determine whether a response to the mandamus or motion for emergency relief will be requested.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Stay ordered; response requested
Order issued and filed April 28, 2016

